| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2016** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Connelly, Rebecca B. | 2. Court or Organization<br><br>US Bankruptcy Court for the Western District of Virginia | 3. Date of Report<br><br>4/12/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>116 North Main Street<br>Harrisonburg VA 22802 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connelly, Rebecca B. | 4/12/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Suffield Academy teaching fee |
| 2. | 2016 | Washington and Lee University Salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABI | 3/2016 | New York City | judging the Duberstein Moot court competition | flight and hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connelly, Rebecca B. | 4/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connelly, Rebecca B. | 4/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Bank of Botetourt savings account | A | Interest | J | T | | | | | |
| 2. | Cornerstone Bank bank accounts (various accounts) | A | Interest | K | T | | | | | |
| 3. | Cornerstone Bank stock | A | Interest | K | T | | | | | |
| 4. | SunTrust Bank (various accounts) | A | Interest | K | T | | | | | |
| 5. | Ameriprise Money Market Acct | E | Interest | J | T | | | | | |
| 6. | Ameriprise AIM Invesco Equity & Inc Fund | A | Dividend | K | T | | | | | |
| 7. | Ameriprise Columbia Funds Account(Y) | | | | | | | | | |
| 8. | Ameriprise Brokerage #1 (X) - Columbia Strategic Mun Income INTAX | C | Dividend | L | T | | | | | |
| 9. | Ameripries Brokerage #1 (X) - Columbia Large Cap Growth LEGAX | A | Dividend | K | T | | | | | |
| 10. | Ameriprise Brokerage #2 (X) - Columbia Dividend Oppty INUTX | B | Dividend | K | T | | | | | |
| 11. | Ameriprise Brokerage #2 (X) - Columbia Diversified Equity Income INDZX | A | Dividend | K | T | | | | | |
| 12. | Ameriprise Brokerage #2 (X) - Columbia Disciplined Core AQEAX | A | Dividend | J | T | | | | | |
| 13. | Ameriprise Brokerage #2 (X) - Columbia Global Equity Value IEVAX | A | Dividend | K | T | | | | | |
| 14. | Ameriprise Columbia Pacific Mutual Fund | A | Dividend | J | T | | | | | |
| 15. | Ameriprise Columbia Acorn Thermostat CLA | A | Dividend | K | T | | | | | |
| 16. | Ameriprise Columbia Intermediate Municipal Bond CL A INTAX | A | Dividend | L | T | | | | | |
| 17. | Ameriprise Eaton Vance Diversified Currency Income CL A (see PartVIII) | A | Dividend | | | Sold | 06/21/16 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connelly, Rebecca B. | 4/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ameriprise Fidelity Advisor Emerging Markets CL A | A | Dividend | K | T | | | | | |
| 19. Ameriprise Gabelli Asset Mutual Fund | A | Dividend | J | T | Sold (part) | 11/08/16 | J | A | |
| 20. Ameriprise Goldman Sachs Rising Dividend Growth CL A | A | Dividend | K | T | | | | | |
| 21. Ameriprise Legg Mason BW Global Opportunities Bond CL A | A | Dividend | K | T | Sold (part) | 11/07/16 | J | | |
| 22. Ameriprise Metropolitan West Total Bond CL M | A | Dividend | K | T | | | | | |
| 23. TRP Mid Cap Growth fund | A | Dividend | L | T | | | | | |
| 24. TRP Spectrum Income fund | A | Dividend | K | T | | | | | |
| 25. Vanguard Wellesley Inc Fund mutual fund | A | Dividend | K | T | | | | | |
| 26. JP Morgan Income Builder fund UGTMA(Y) | | | | | | | | | |
| 27. Prudential Jennison Equity Income UGTMA (Y) | | | | | | | | | |
| 28. JPMorgan Income Builder UGTMA | A | Dividend | J | T | | | | | |
| 29. Prudential Jennison Equity Income UGTMA | A | Dividend | J | T | | | | | |
| 30. Janney Montgomery Sweep Acct | A | Interest | J | T | | | | | |
| 31. Alger Spectra ASPZX | A | Dividend | L | T | | | | | |
| 32. Alger Spectra | A | Dividend | | | Merged (with line 31) | 09/21/16 | J | | |
| 33. Baron Growth CL 1 (Y) | | | | | | | | | |
| 34. Columbia Acorn EM Class Z | A | Dividend | | | Sold | 01/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Connelly, Rebecca B. | 4/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Advisor Real Estate CL Z | A | Dividend | J | T | | | | | |
| 36. Highmark Geneva Mid Cap Growth CL C (Y) | | | | | | | | | |
| 37. MFS Emerging Markets Debt CL B | A | Dividend | | | Sold | 01/21/16 | J | | |
| 38. MFS International Value CL I | A | Dividend | K | T | | | | | |
| 39. Mainstay High Yield Corp Bond CL B (Y) | | | | | | | | | |
| 40. Oppenheimer Global Opportunities Cl C | A | Dividend | K | T | | | | | |
| 41. Oppenheimer Steelpath Alpha CL Y | A | Dividend | | | Sold | 01/21/16 | J | | |
| 42. PIMCO Income CL C (Y) | | | | | | | | | |
| 43. Principal Preferred Securities CL P | A | Dividend | K | T | | | | | |
| 44. Prudential Global Real Estate CLZ | A | Dividend | J | T | | | | | |
| 45. Sterling Capital Equity Income CL C | B | Dividend | J | T | | | | | |
| 46. Touchstone Mid Cap CL Y | A | Dividend | J | T | | | | | |
| 47. Yacktman Service CL X | A | Dividend | K | T | | | | | |
| 48. Royal Bank Canada - 3Z8 (X) -formerly of Montreal Russell Index Note | D | Interest | J | T | | | | | |
| 49. Barclays Bank PLC Note | A | Interest | J | T | Buy | 01/22/16 | J | | |
| 50. Royal Bank of Canada Note - KM8 | A | Interest | J | T | Buy | 01/26/16 | J | | |
| 51. JP Morgan Chase Note | A | Int./Div. | J | T | Buy | 09/28/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Government I Bonds | A | Dividend | J | T | | | | | |
| 53. Government I Bond | A | Dividend | J | T | | | | | |
| 54. Gov Series EE Bonds | A | Dividend | J | T | | | | | |
| 55. Government Series EE Bonds | A | Dividend | J | T | | | | | |
| 56. Government Series EE Bonds | A | Dividend | J | T | | | | | |
| 57. Government Series EE Bonds | A | Dividend | J | T | | | | | |
| 58. TIAA Cref Retirement Account | A | Dividend | P1 | T | | | | | |
| 59. Virginia 529 Potomac Plan (age based) (no control) | A | Dividend | | | Distributed | 06/01/16 | J | | |
| 60. Virginia 529 Chesapeake Plan (age based) (no control) | A | Dividend | J | T | Distributed (part) | 12/31/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

7.   Columbia Funds previously reported in the aggregate. On 12/2/2016 Ameriprise transferred the funds into 2 brokerage accounts. I am now reporting the individual Columbia account holdings in each brokerage account.

26. UGTMA account was transferred to child who turned majority age in 2016.

27. UGTMA account was transferred to child who turned majority age in 2016.

33. Baron Growth was sold in prior year (2015); proceeds K and no reportable gain.

36. Highmark Geneva fund was sold in prior year (2014); proceeds J and no reportable gain.

31. Alger Spectra previously reported as Class C and Class I and have now merged and converted to Class Z shares.

39. Mainstay High Yield Cl B was sold in prior year (2014); proceeds J and no reportable gain.

42. PIMCL Income fund sold in prior year (2014); proceeds J and no reportable gain.

48 Royal Bank Canada note was mistakenly reported as Bank of Montreal Russell Index Note in prior reports. Purchased 1/29/2014

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Rebecca B. Connelly**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544